**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7523**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GREGORY ALEXANDER DOTSON,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CR-92-62-P, CR-92-240-P, CA-95-198-3-P)

---

Submitted:  January 23, 1996          Decided:  May 24, 1996

---

Before WILKINSON, Chief Judge, and MURNAGHAN and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Gregory Alexander Dotson, Appellant Pro Se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Dotson, Nos. CR-92-62-P; CR-92-240-P; CA-95-198-3-P (W.D.N.C. June 26, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED